GARY M. RESTAINO
United States Attorney

ADDISON SANTOME
Arizona State Bar No. 031263
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: addison.santome@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 22-00004-001-PHX-MTL |
| Plaintiff, | |
| vs. | **RESPONSE IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE** |
| Timothy Brindley, | |
| Defendant. | |

The United States concurs that a variance is appropriate and supports the Defendant's and Presentence Report Writer's recommendation for probation. Given the Defendant's prognosis, the United States supports a two-year probation term, as it does not appear the Defendant's life expectancy is likely to exceed that term.

PRESENTENCE REPORT

The United States, having reviewed the Pretrial Investigation Report (Dkt. 44) prepared by Senior U.S. Probation Officer Rebecca L. Briggs, concurs with the guideline calculation and facts contained therein.

SENTENCING RECOMMENDATION

As addressed during the change of plea process and outlined in Defendant's Sentencing Memorandum and Motion for Downward Variance (Dkt. 45), Mr. Brindley's health has substantially declined over that last two years. At seventy years old with multiple

medical diagnosis, a term of incarceration would serve no purpose. Given Mr. Brindley's current medical conditions, he is unlikely, and likely unable, to participate in further illegal activity. Considering his decreased risk to re-offend and medical conditions, the United States submits a two-year probation sentence is in the interest of justice and achieves the purposes of sentencing established in 18 U.S.C. § 3553.

Based on the Pretrial Investigation Report (Dkt. 44), statements made on behalf of the Defendant during the change of plea process, Defendant's Sentencing Memorandum and Motion for Downward Variance (Dkt. 45), and the stipulations in the plea agreement, the United States respectfully request that the Court sentence the Mr. Brindley to two years of probation.

Respectfully submitted this 16th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/Addison Santome_
ADDISON SANTOME
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ms. Debbie Jang
*Attorney for Defendant*

_s/ A. Santome_

- 2 -

United States Attorney's Office